# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

139642

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAWSUIT FINANCING, INC. and
RAINMAKER USA, L.L.C.,
          Plaintiffs-Appellees,

v

                                         SC: 139642
                                         COA: 284717
                                         Macomb CC: 2005-004763-CK

ELIAS MUAWAD and LAW OFFICES OF
MUAWAD & MUAWAD, P.C.,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 11, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

s1214